September 13, 1973

No. 73-40 John A. Fiore, PFC, U. S. Army v. United States.

On consideration of the Petition for Extraordinary Relief, and other pleadings and documents filed in the above-entitled action, pursuant to this Court's Order dated August 21, 1973, and September 4, 1973, it is, by the Court, this 13th day of September 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. This action is without prejudice to the right of petitioner to raise the same issue by

appropriate assignment before the United States Army Court of Military Review.